**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Rachelle D. K.,**

**Plaintiff,**

**v.**

**Commissioner of Social Security,**

**Defendant.**

**Case No. 2:25-cv-588**

**Judge Michael H. Watson**

**Magistrate Judge Gentry**

# ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court sustain Plaintiff's Statement of Specific Errors and reverse the Commissioner's non-disability finding because the Administrative Law Judge ("ALJ") erred in evaluating the supportability and consistency of the medical opinions of Plaintiff's treating psychiatrist, Dr. George Moses ("Dr. Moses"). R&R, ECF No. 13. The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. *Id.* at 22. No party has objected. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review. The Court **SUSTAINS** Plaintiff's Statement of Specific Errors, **REVERSES** the Commissioner's non-disability finding because the ALJ erred in evaluating the supportability and consistency of Dr. Moses's opinions, and **REMANDS** this case to the Commissioner and ALJ under

Sentence Four of § 405(g). The Clerk shall enter judgment for Plaintiff and terminate this case.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT